UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: **Nathan W. Kirk**　　　　　　　　　　　Case No.: **16-83318-CRJ-13**
xxx-xx-0258
**Brittney R. Kirk**
xxx-xx-6420
　　　**Debtors**

## ORDER ON DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

This matter came before the Court on June 3, 2019 upon the Debtors' Motion to Modify Chapter 13 Plan after confirmation, and based upon the agreement of the parties it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Debtors' Motion to Modify their Chapter 13 Plan after confirmation is **APPROVED**.

2. The Debtors shall be allowed to modify their Chapter 13 Plan to reduce plan payments to $294 monthly beginning with the payment due May 2019. The Trustee is authorized to reduce the base amount due under the Plan and adjust fixed monthly payments to secured creditors in accordance with the modification.

3. Beginning May 2019, Debtors shall be placed on a three (3) month monitoring period, time being of the essence, wherein if plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 12th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Clifton R. Jessup, Jr.
　　　　　　　　　　　　　　　　　　　　Clifton R. Jessup, Jr.
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


Order Consented to by:

/s/ Michele T. Hatcher
Chapter 13 Standing Trustee

Order prepared by:
Amy K. Tanner
Bond, Botes, Sykstus, Tanner & Ezzell, P.C.
225 Pratt Avenue
Huntsville, AL 35801